David H. Waters, CASB# 078512
dwaters@burnhambrown.com
Jack W. Schwartz, Jr., CASB# 124506
jschwartz@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:    (510) 835-6666

Attorneys for the Federal Deposit Insurance Corporation
as Receiver for Defendant IndyMac Bank, FSB

IT IS SO ORDERED
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MINI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>INDYMAC BANK, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | No. 5:11-CV-02606-EJD (PSD)<br><br>**STIPULATION VACATING DEFAULT AND DISMISSING ACTION** |

IT IS HEREBY STIPULATED BY AND BETWEEN FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR DEFENDANT INDYMAC BANK, FSB, through its counsel of record, and Plaintiff JOSEPH MINI, that the Default taken against Defendant "INDYMAC BANK" on December 2, 2010, shall be vacated.

IT IS HEREBY FURTHER STIPULATED between FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR DEFENDANT INDYMAC BANK, FSB

///

///

///

///

1

STIPULATION VACATING DEFAULT AND DISMISSING ACTION     No. CV11-02606-EJD (PSD)

and Plaintiff JOSEPH MINI, that this action shall be dismissed without prejudice in its entirety, each party to bear his or its own costs.

IT IS SO STIPULATED.

DATED: ~~June~~ July 18, 2011

LAW OFFICES OF JESSIE JACK

By: /s/ Jesse W. Jack
JESSE W. JACK,
Attorneys for Plaintiff JOSEPH MINI

DATED: ~~June~~ July 18, 2011

BURNHAM BROWN

By: /s/ David H. Waters
DAVID H. WATERS,
Attorneys for FEDERAL DEPOSIT INSRUANCE CORPORATION AS RECEIVER FOR DEFENDANT INDYMAC BANK, FSB

1082459

2
STIPULATION VACATING DEFAULT AND DISMISSING ACTION          No. CV11-02606-____